IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
RONALD RINGLAND,              )
                              )
     Plaintiff,               )   8:05CV219
                              )
     v.                       )
                              )
BNSF RAILWAY COMPANY,         )      ORDER
                              )
     Defendant.               )
```

IT IS ORDERED,

1. Plaintiff's motion, filing 8, to file redacted complaint is granted and the redacted complaint shall be submitted forthwith to the clerk.

2. As soon as the redacted complaint is received, the clerk is directed to replace the existing complaint with the redacted version.

Dated May 23, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge